# COURT MINUTES

Page 3

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor     Date: 7/22/2025    Time: 10:00 a.m.

Defendant: 3) **Gavin Hunter**    J#: 91793-510    Case #: 23-CR-20483-ALTMAN (s)
AUSA: Abbe Waxman    Attorney: Marshall Dore Louis (CJA)
Violation: Conspiracy to Commit Murder for Hire; Murder for Hire
Proceeding: Arraignment on Superseding Indictment    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at: Pretrial Detention    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Brady Order given on 12/18/23.

Reading of Indictment Waived.
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Defendant Arraigned

☑ Defense ore tenus request for entry of the Standing Discovery Order - Granted

Brady Order Given

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:29:33; 10:32:37     Time in Court: 2 Minutes