UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cr-20483-RKA

**UNITED STATES OF AMERICA,**

vs.

**GAVIN HUNTER,**

    Defendant.
_____/

**DEFENDANT GAVIN HUNTER'S
UNOPPOSED MOTION TO CONTINUE TRIAL SETTING**

Gavin Hunter, through undersigned counsel, respectfully moves for a continuance of the trial setting in this case, and in support thereof states:

During a Status Conference held on September 18, 2025, the parties (excluding Mr. Seetaram, who has been severed) discussed the need to continue the current trial setting for Mr. Hunter, Mr. Singh, Mr. Jarett and Mr. Ramanan; the Court was informed that those defendants and the United States are available for a trial setting of January 5, 2026. The Court instructed the defendants to file a written motion. ECF No. 305.

Trial in this matter is currently set for October 14, 2025. ECF No. 253. Mr. Hunter needs additional time to prepare his case for trial and for the additional reasons discussed during the status conference. Mr. Hunter therefore respectfully moves for a continuance of the current trial setting.

Mr. Hunter, through counsel, hereby waives his right to speedy trial.

I HEREBY CERTIFY that I have conferred with counsel for the government and that this Motion is unopposed.

WHEREFORE, Gavin Hunter respectfully requests this Honorable Court enter an Order continuing the trial setting of this matter to January 5, 2026.

Dated: September 29, 2025.                      Respectfully Submitted,

s/ Marshall Dore Louis
Marshall Dore Louis
Florida Bar No. 512680
BOIES SCHILLER FLEXNER LLP
100 S.E. Second Street, Suite 2800
Miami, FL 33131
TEL: (305) 539-8400
FAX: (305) 539-1307
E-MAIL: mlouis@bsfllp.com